IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISA METZGER** : | |
|     Plaintiff, : | |
| : | |
| v.   : | |
| : | Civil No. 5:24-cv-06426-JMG |
| **COOPERSBURG & LIBERTY** : | |
| **KENWORTH, INC.,** *et al.* : | |
|     Defendants. : | |

**ORDER**

**AND NOW**, this 1st day of July, 2025, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint for Failure to State a Claim (ECF No. 19) and Plaintiff's Response in Opposition (ECF No. 21), **IT IS HEREBY ORDERED** that the Motion (ECF No. 19) is **GRANTED IN PART** and **DENIED IN PART**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge